Tony Risten, Administrator of the Estate of Joseph Risten, Deceased, and Theresa Risten, Appellee, v. Chicago Transit Authority, a Municipal Corporation, Appellant.

Gen. No. 47,455.

First District, Second Division.

December 23, 1958.

Released for publication January 14, 1959.

William J. Lynch, William S. Allen, Donald J. O'Brien and James E. Hastings, for defendant-appellant; Meyer S. Miller (Charles D. Snewind, of counsel) for appellees. Opinion by JUSTICE MURPHY. Not to be published in full.